UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN IRVIN,<br><br>　　　　　　Plaintiff,<br>　v.<br>SMITH'S FOOD & DRUG CENTERS, INC.,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01228-JAD-PAL<br><br>ORDER |

Before the court is the parties' Stipulation and Order to Extend Discovery Deadlines (ECF No. 12). The stipulation requests a 60-day extension of the discovery plan and scheduling order deadlines but is not supported by a showing of good cause, and does not comply with the requirements of LR 26-4 (a)–(d).

Having reviewed and considered the matter,

**IT IS ORDERED** that the parties' Stipulation and Order to Extend Discovery Deadlines (ECF No. 12) is **DENIED**.

DATED this 23rd day of August, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1