CHAD A. BOWERS, ESQ.
Nevada State Bar No. 7283
**CHAD A. BOWERS, LTD.**
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
Phone: (702) 457-1001
Fax:   (702) 946-5048

and

MARTIN I. MELENDREZ, ESQ.
Nevada State Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 007399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
ckeller@hawkinsmelendrez.com
*Attorneys for Plaintiff*
*STEVE IRVIN*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN IRVIN, an individual;<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. aka THE KROGER CO. dba SMITH'S FOOD & DRUG CENTER, a Foreign Corporation; DOES I through X; ROE CORPORATIONS I through XX, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:17-cv-01228-JAD-PAL**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL**<br><br>Date of Hearing: March 1, 2018<br>Time of Hearing: 9:30 am |

THE PARTIES, Plaintiff, STEVE IRVIN, by and through his attorneys of record, the law firms of HAWKINS MELENDREZ P.C., and CHAD A. BOWERS, LTD, and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, the law firm of COOPER LEVENSON, P.A., hereby STIPULATE to continue the hearing on Plaintiff's Motion to Compel, currently scheduled for March 1, 2018 at 9:30 am, to a date not less than fourteen (14) days from the currently scheduled date, according to this Court's schedule.

1

HAWKINS MELENDREZ, P.C.
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Telephone (702) 318-8800 • Facsimile (702) 318-8801

The Stipulation was agreed upon on February 28, 2018, after the parties concluded a private mediation with Hon. David Barker (Retired). The mediation was not successful, but both parties extended offers of compromise, with expirations on March 5, 2018 at 5:00 pm. Because of the scheduled private mediation, and the time-sensitive settlement offers, the parties agreed to continue the hearing on Plaintiff's Motion to Compel, according to this Court's schedule.

WHEREFORE, the parties respectfully request that the Court enter an Order Continuing the hearing on Plaintiff's Motion to Compel to a date convenient for this Court's calendar.

DATED: February 28, 2017

**HAWKINS MELENDREZ, P.C.**

*/s/ Christopher M. Keller*
MARTIN I. MELENDREZ, ESQ.
Nevada State Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada State Bar No. 007399
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
*Attorneys for Plaintiff*

DATED: February 28, 2017

**COOPER LEVENSON, P.A.**

*/s/ Jerry S. Busby, Esq.*
JERRY S. BUSBY, ESQ.
1835 Village Center Circle
Las Vegas, NV 89134
*Attorneys for Defendant*

## **ORDER**

IT IS SO ORDERED:

THE HEARING DATE SHALL BE RESCHEDULED TO:

DATE: March 27, 2018

TIME: 10:00 a.m.

UNITED STATES MAGISTRATE JUDGE

DATED: February 28, 2018

2